# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 12, 2013

Hon. Judge I. Leo Glasser
Judge, United States District Court
225 Cadman Plaza
Eastern District of New York
Brooklyn, New York 11232

Re: United States v. Nasir
06 Cr. 34 (ILG)

Hon. Judge Glasser:

With the government's consent, I write to request a 60-day adjournment of Mr. Nasir's sentence date of August 8, 2013.

Mr. Nasir's state attorney informs that his appeal has not progressed to the point of completion. His state appeal will play an important part in the sentence this Court would impose, and so we ask for an adjournment.

Respectfully submitted,

*/s/ Sabrina P. Shroff/*
Sabrina P. Shroff
Asst. Federal Defender

cc: Robert Polemeni, Esq.
Denise Corsi, Esq.

*Granted adjourned to 10/30/2013 at 10:30 A.M. So ordered. /s/ ILG 8/13/13*